| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 51 |
| TILMAN DUNBAR JR. | * | September Term, 2025 |

ORDER

Upon consideration of the parties' joint petition for an indefinite suspension, it is this 24th day of April 2026, by the Supreme Court of Maryland,

ORDERED that Respondent, Tilman Dunbar Jr., is indefinitely suspended from the practice of law in the State of Maryland for violation of Rules 19-301.15(a) and (b), 19-308.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct and for violation of Rules 19-407(a) and (b), and 19-410(c); and it is further

ORDERED that, within 90 days of this Order, the Respondent shall pay $1,061.70 to the Attorney Grievance Commission as reimbursement for costs associated with this matter; and it is further

ORDERED that the Clerk shall give notice of this Order in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk